DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ZARABELLA SKYE,

Appellant,

v.

BATOOL ALGHANNAM,

Appellee.

No. 2D22-3215

_____

September 6, 2023

Appeal from the County Court for Hillsborough County; J. Logan
Murphy, Judge.

Francis Hannon of Dewitt Law Firm, P.A, Tampa, for Appellant.

Cheyenne Whitfield of Whitfield Law, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.